FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 1 2 2002

AT B.
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | 31 |
| V. | * | Case No. _____ |
| SILVER RUN CONTRACTING, INC., *et al.* | * | |
| DEFENDANTS. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING LEAVE TO COMMENCE DISCOVERY
### PRIOR TO THE ISSUANCE OF A SCHEDULING ORDER

Upon consideration of the motion of The CIT Group/Equipment Financing, Inc. for leave

to commence discovery immediately, and upon consideration of any response thereto, the relief

requested appearing appropriate under the circumstances, it is this 12ᵗʰ day of Aug ,

2002, hereby ORDERED that the parties may commence discovery immediately upon the entry

of this Order.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Copies to:

Steven N. Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

Mr. Mark E. Baker
2217 East Mayberry Road
Westminster, MD 21158

Silver Run Contracting, Inc.
Attn: Ms. Karen Baker
2217 East Mayberry Road
Westminster, MD 21158

