**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. *<br>f/k/a SDI CAPITAL RESOURCES, INC.<br>P.O. BOX 27248          *<br>TEMPE, ARIZONA 85282<br>                                   *<br>          PLAINTIFF<br>                                   *<br>V.<br>                                   *<br>SILVER RUN CONTRACTING, INC.<br>2217 EAST MAYBERRY ROAD      *<br>WESTMINSTER, MD 21158<br>                                   *<br>   SERVE ON:<br>   KAREN K. BAKER              *<br>   2217 EAST MAYBERRY ROAD<br>   WESTMINSTER, MD 21158      *<br><br>AND                                *<br><br>MARK E. BAKER                   *<br>2217 EAST MAYBERRY ROAD<br>WESTMINSTER, MD 21158         *<br><br>          DEFENDANTS           * | CASE NO.  02 CV 263<br><br>___FILED    ___ENTERED<br>___LODGED   ___RECEIVED<br><br>AUG 1 2 2002<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY | |

*   *   *   *   *   *   *   *   *   *   *   *   *

<u>SHOW CAUSE ORDER IN ACTION OF REPLEVIN</u>

Upon the application for a Writ of Replevin made to this Court by complaint filed by the plaintiff, The CIT Group/Equipment Financing, Inc. *f/k/a* SDI Capital Resources, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- One (1) Ditch Witch JT1720 Horizontal Directional Drill S/N 2T4945;
- One (1) MM9 Mud Mixing System S/N 2T3325;
- One (1) Custom Trailer Model 7T505ED VIN 5B7331530Y1001970;



- One (1) 750 Tracker w/ US Radio w/ Case S/N 076156; and

- One (1) 750 Display w/ US Radio Mounted in Drill Control Panel S/N 100186;

The above captioned complete with all parts, additions, substitutions, attachments, replacements, and accessions thereof (the "Equipment"), it is this 12th day of Aug, 2002

ORDERED that defendant Silver Run Contracting, Inc. is subpoenaed to appear before this Court, in courtroom 5B on the 3rd day of Sept, 2002 at 10:00 a.m./p.m. to show cause why the above-described Equipment should not be restored to the permanent custody of CIT, provided that a copy of this Order and the complaint attached hereto and made a part hereof be served on the defendant on or before the 20th day of Aug, 2002.

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:

Steven N. Leitess, Esquire
Michael J. Lentz, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

Silver Run Contracting, Inc.
Attn: Karen K. Baker
2217 East Mayberry Road
Westminster, MD 21158

Mark E. Baker
2217 East Mayberry Road
Westminster, MD 21158