# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
ANDRE M. DAVIS  
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE  
101 W. LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0801  
FAX (410) 962-0820

August 29, 2002

AUG 28 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM TO COUNSEL AND UNREPRESENTED PARTIES RE:

The CIT Group v. Silver Run Contracting, Inc.
Civ. No. AMD 02-2631

I acknowledge the filing of the suggestion of bankruptcy filed on behalf of defendant Baker. I intend to proceed with this case as to defendant Silver Run Contracting, Inc. The hearing on the motion to Show Cause remains calendared for Tuesday, September 3, 2002.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis  
United States District Judge

AMD:tt

