ORIGINAL

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. *f/k/a* SDI CAPITAL RESOURCES, INC.<br>P.O. BOX 27248<br>TEMPE, ARIZONA 85282 | * * * | **FILED**<br>**LODGED**  **ENTERED**  **RECEIVED**<br>SEP 03 2002<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT,<br>DISTRICT OF MARYLAND<br>BY_____ DEPUTY |
| PLAINTIFF | * | |
| V. | * | |
| SILVER RUN CONTRACTING, INC.<br>2217 EAST MAYBERRY ROAD<br>WESTMINSTER, MD 21158 | * * | |
| SERVE ON:<br>KAREN K. BAKER<br>2217 EAST MAYBERRY ROAD<br>WESTMINSTER, MD 21158 | * * * | CASE NO.    AMD 02 CV 2631<br>_____ |
| AND | * | |
| MARK E. BAKER<br>2217 EAST MAYBERRY ROAD<br>WESTMINSTER, MD 21158 | * * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DIRECTING ISSUANCE OF WRIT OF REPLEVIN

Upon consideration of the application for a Writ of Replevin made to this Court in the

complaint filed by The CIT Group/Equipment Financing, Inc., *f/k/a* SDI Capital Resources, Inc.

("CIT"), whereby CIT requests immediate possession of the following property:

- One (1) Ditch Witch JT1720 Horizontal Directional Drill S/N 2T4945;

- One (1) MM9 Mud Mixing System S/N 2T3325;

- One (1) Custom Trailer Model 7T505ED VIN 5B7331530Y1001970;



- One (1) 750 Tracker w/ US Radio w/ Case S/N 076156; and

- One (1) 750 Display w/ US Radio Mounted in Drill Control Panel S/N 100186;

the above complete with all parts, additions, substitutions, attachments, replacements, and

accessions thereof (the "Equipment"); and any response thereto, the Court hereby

**FINDS** that the defendant, Silver Run Contracting, Inc., has failed to show cause why the

Equipment should not be returned immediately to the custody and possession of CIT; and further

**FINDS** that CIT is entitled to immediate possession of the Equipment; and further

**FINDS** that the relief requested by CIT otherwise appears appropriate under the

circumstances; and accordingly

It is this 3rd day of Sept , 2002 hereby

1.    **ORDERED** that upon the filing in court by CIT of a corporate surety bond for

replevin in the amount of $ 5,000 , the Clerk shall issue a writ of replevin directing

the United States Marshal to effect the immediate return to CIT of the Equipment; and it is

further

2.    **ORDERED** that the Clerk shall deliver said writ into the hands of the United

States Marshal for the District of Maryland for service upon Silver Run Contracting, Inc., for

execution and return thereupon within (thirty) 30 days from the date of the writ.

**JUDGE, UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

cc:

    Steven N. Leitess, Esquire
    Andrew L. Cole, Esquire
    Leitess, Leitess & Friedberg, P.C.
    25 Hooks Lane, Suite 302
    Baltimore, MD  21208-1302

    Silver Run Contracting, Inc.
    Attn: Karen K. Baker
    2217 East Mayberry Road
    Westminster, MD 21158

    Mark E. Baker
    2217 East Mayberry Road
    Westminster, MD 21158