IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The CIT Group/Equipment Financing, Inc. * <br> f/k/a SDI Capital Resources, Inc. <br> P.O. Box 27248                                  * <br> Tempe, Arizona 85282 <br> Scott A. Kramer                                  * <br> Plaintiff <br> v.                                                         * | | Case# AMD 02 CV 2631 |
| Silver Run contracting, Inc. <br> 2217 E. Mayberry Rd. <br> Westminster, Maryland 21158     * | | |
| and                                                  * | | |
| Mark E. Baker <br> 2217 E. Mayberry Rd. <br> Westminster, Maryland 21158 | FILED ___ ENTERED <br> ___ LODGED ___ RECEIVED <br><br> SEP 26 2002 <br><br> AT BALTIMORE <br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br>                                             * DEPUTY | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Motion to Withdraw Appearance of Attorney</u>

I, Thomas L. Granger ask to be removed from this Chapter 13 case at the request of the Mrs. Baker. See attached letters.

I hereby move the Court to remove my appearance from the above mentioned case.

*[handwritten: 9/26/2002 GRANTED /s/ ]*

Respectfully submitted,

*/s/ TL Granger*

Thomas L. Granger III
1624 Furnace Drive
Glen Burnie, Maryland 21060
410-761-6243

<u>CERTIFICATE OF SERVICE</u> Silver Run Contracting Cs# AMD 02 Cv 2631

I HEREBY CERTIFY that on this ___ day of Sept, 2002 a copy of the Motion to Remove attorney Granger was mailed first class postage pre-paid to:

U.S. District Court For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

Steven N. Leitess, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Ste 302
Baltimore, Maryland 21208-1302

CIT Group/ Equipment Financing
SDI Capital Resources Inc.
P.O. Box 27248
Tempe, Arizona  85282
Scott Kramer

Mrs. Karen Baker (Silver Run Contracting)
2217 E. Mayberry Rd.
Westminster, Maryland 21158

Silver Run Contracting
2217 E. Mayberry Rd.
Westminster, MD  21158

                                        Respectfully Submitted

                                        Thomas L. Granger III
                                        1624 Furnace Drive
                                        Glen Burnie, Maryland 21060

F:\WP CLIENT NOV\Baker Mark Driller Fiber Optic\Baker motion to withdraw and cert #4.wpd

# SILVER RUN CONTRACTING, INC.
2217 East Mayberry Road
Westminster, MD 21158
410-848-0605
410-848-6017 (Fax)

September 13, 2002

VIA FACSIMILE
410-553-9954

Thomas L. Granger, III, Esquire
1624 Furnace Drive
Glen Burnie, MD 21060

Dear Mr. Granger:

Let me put in the simplest terms that I think you might understand.

After receiving your Facsimile dated September 9th, and received in our office on September 13th, I was quite surprised to receive a Refinance Retainer Agreement from you asking Mark and I to sign. On September 3rd, due to your inability to understand the law, we terminated your representation concerning Silver Run Contracting, Inc. (copy attached).

Once again, I ask that you no longer contact us concerning anything to do with the representation of Silver Run Contracting, Inc. and return the balance of our Retainer.

Sincerely,

Karen K. Baker
Karen K. Baker
Vice President