IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE CIT GROUP/EQUIPMENT  :
FINANCING, INC.,         :
    Plaintiff           :
                         :
v.                       :     CIVIL NO. AMD 02-2631
                         :
SILVER RUN CONTRACTING, INC., :
et al.,                  :
    Defendants          :

...o0o...

ORDER

The court has been advised that both defendants have filed petitions in the United States Bankruptcy Court, thus staying this action as to each. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 17th day of March, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That this action is STAYED pending the action of the United States Bankruptcy Court or further order of this court; and it is further ORDERED

(2) That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court and TRANSMIT copies of this Order to counsel and to unrepresented parties.

                                                           /s/
                                        ANDRE M. DAVIS
                                        United States District Judge